PAUL TUCCI, Respondent, v. MORGANTHAU-SEIXAS COMPANY, INC., Appellant, et al., Defendants.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.